E-FILED
Thursday, 25 February, 2016  03:59:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) CIVIL NO. 15-4119 |
| | ) |
| MITCHELL V. RAMPLEY, TAMMY | ) |
| L. RAMPLEY, JP MORGAN CHASE, | ) |
| SUCCESSOR TO PROVIDIAN | ) |
| NATIONAL BANK, | ) |
|     Defendants. | ) |

<u>ORDER OF DEFAULT</u>

This cause coming on to be heard before the Court upon the sworn Application of John H. Campbell, Assistant United States Attorney for the Central District of Illinois, and attorney for the plaintiff in the above-entitled cause, and the Court, being fully advised in the premises, finds that the defendant Mitchell V. Rampley, returned Waiver of Service of Summons filed on October 7, 2015, pursuant to Federal Rule of Civil Procedure 4 and has acknowledged receipt of the complaint as shown by the file in this case, he has not answered or otherwise pleaded to the complaint; and that he is now in default. Defendant Tammy L. Rampley returned Waiver of Service of Summons filed on October 7, 2015, pursuant to Federal Rule of Civil Procedure 4 and has acknowledged receipt of the complaint as shown by the file in this case, she has

not answered or otherwise pleaded to the complaint; and that she is now in default.

Defendant JP Morgan Chase, Successor to Providian National Bank was served by the United States Marshal on December 4, 2015 by leaving a copy of the Summons, Notice and Complaint with Jason Paul, Intake Specialist at CT Corporation System, the registered agent for JP Morgan Chase. A follow-up letter from Brian Hickman, Representation Services Advisor, CT Corporation System was received on December 17, 2015 acknowledging receipt of service. Defendants did not voluntarily appear in these proceedings and they are now in default.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the defendants Mitchell V. Rampley, Tammy L. Rampley and JP Morgan Chase, Successor to Providian National Bank, their failure to appear, answer, or otherwise plead in this cause in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within 14 days of the entry of this Order of Default, the United States of America makes application to the District Court for

the entry of a default judgment.

ENTERED this 25th day of February, 2016.

        s/ Sara Darrow
        _____
        SARA L. DARROW
        UNITED STATES DISTRICT COURT JUDGE